UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WOODMORE,

      Plaintiff,

  v.

CITY OF GLENDALE, *et al.*,

      Defendants.

Case No.: CV 19-05730-CJC(JPRx)

JUDGMENT

Plaintiff Michael Woodmore brings this action against Defendants the City of Glendale and Paul Shubunka. On March 27, 2019, the Court granted Defendants' unopposed motion for summary judgment. (Dkt. 16.) Accordingly, the Court hereby **ORDERS** that:

/ / /

/ / /

1. Plaintiff shall take nothing on his complaint against Defendants;

2. Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: March 27, 2020

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE